**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 15-7682**

—————————

DAVID LEE SMITH,

Petitioner – Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

—————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    James C. Dever III,
Chief District Judge.   (5:15-hc-02128-D)

—————————

Submitted:  January 29, 2016        Decided:  February 5, 2016

—————————

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

David Lee Smith, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Lee Smith seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2012) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Smith has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We further deny Smith's

petition for initial hearing en banc,[*] and motions and supplemental motions for bail or release pending appeal, for summary reversal, for leave to file an additional motion for summary reversal, to stay the mandate, and all other pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

---

[*] The petition for initial hearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35.